In The United States District Court For the Middle District of Alabama

| State of Alabama<br>Unified Judicial System<br>Form C-10   Rev 6/88 | **AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER** | Case Number<br>2:08CV218-MHT |
|---|---|---|

IN THE ~~Circuit~~ U.S. District COURT OF: ~~Montgomery~~ Alabama

Plaintiff/State **Darryl D. Riggins** v. Defendant **Richard Allen, et. al.,**

IN THE MATTER OF: Class Action

TYPE OF PROCEEDING: Civil Lawsuit  CHARGE:

[✓] CIVIL CASE--I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

[ ] CIVIL CASE (such as paternity, support, termination of parental rights) -- I request an attorney be appointed for me.

[ ] CRIMINAL CASE--I am financially unable to hire an attorney and request that the Court appoint one for me.

**AFFIDAVIT**

**INCOME/EMPLOYMENT**

A. Do you have a job or work for yourself?  ___Yes  ✓No
   Employer's name and address ____
   How much money do you take home each week?  + $ 0

B. If unemployed, give month and year of last employment and amount earned per month ____  $ 0

C. Does your husband or wife have a job?  ___Yes  ✓No
   Employer's name and address ____
   How much money does he/she take home each week?  + $ 0

D. Do you receive money or benefits from any other source?  ___Yes  ✓No
   (Example: retirement pay, social security, workmen's compensation, unemployment compensation, food stamps, rent payments, interest, dividends, etc.)
   How much do you receive each month?  + $ 0

**ASSETS**

A. Do you have any money in any bank, savings and loan, credit union, or any other place, including cash on hand?  ___Yes  ✓No
   Where? ____  How much?  + $ 0

B. Do you own anything else of value? (Land, house, boat, television, stereo, jewelry, car, truck, van, stocks, bonds, etc.)  ___Yes  ✓No
   What? ____
   Total Value  + $ 0

**DEPENDENTS**

A. Are you:  ___Single  ___Married  ___Widowed  ✓Divorced  ___Separated?

B. Do you have any dependents?  ___Yes  ✓No
   Who and what relationship? ____

N957

## FINANCIAL STATEMENT OF INMATE'S PRISON ACCOUNT

I certify that according to the records on file in this institution, the Figures set out below are the approximate average daily balances in the Account of inmate _Darryl Riggins_
(NAME)

for the previous six months.

| Month | Balance |
|---|---|
| 1. | $0.02 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

**COPY FOR COURT ATTACHED**

_Ebony Coleman Account Clerk_
Authorized Officer of the Institution

_28 February 2008_
Date

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL SEAL THIS _28_ DAY OF _February_, _2008_.

_Patricia H. Parsons_
NOTARY PUBLIC

MY COMMISSION EXPIRES: _5/31/2008_

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
               W.E. DONALDSON CORR. FACILITY


AIS #: 184051     NAME: RIGGINS, DARRYL           AS OF: 02/28/2008

                    # OF      AVG DAILY       MONTHLY
         MONTH      DAYS       BALANCE        DEPOSITS
------------------------------------------------------------------

          MAR        31        $16.25          $42.00
          APR        30         $4.69           $0.00
          MAY        31         $2.09           $0.00
          JUN        30         $0.03           $0.00
          JUL        31         $0.03           $0.00
          AUG        31         $0.00           $0.00
          SEP        30         $1.35           $2.03
          OCT        31         $2.03           $0.00
          NOV        30         $2.03           $0.00
          DEC        31         $1.64          $20.00
          JAN        31         $0.39           $0.00
          FEB        28         $0.02           $0.00
```

**COURT COPY**