IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DARRYL RIGGINS, AIS 184051, )
                            )
   Plaintiff,               )
                            )
v.                          )   CIVIL ACTION NO.
                            )     2:08cv218-MHT
                            )
RICHARD ALLEN, in his       )
official capacity, et al.,  )
                            )
   Defendants.              )
```

ORDER

After an independent review of the file, it is ORDERED as follows:

(1) Plaintiff's motion for immediate preliminary injunction (Doc. No. 3) is treated as a motion for temporary restraining order and a motion for preliminary injunction.

(2) The motion for temporary restraining order is denied.

(3) The motion for preliminary injunction is referred to the magistrate judge for further appropriate proceedings.

DONE, this the 27th day of March, 2008.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**